UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAGOMEOLSALI TSUROV,

                 Petitioner,

v.

WILLIAM BARR,

                 Respondent.

CASE NO. C20-1278 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     The Government's motion to dismiss, Dkt. 7, is **GRANTED**;

(2)     Petitioner's petition for habeas corpus, Dkt. 1, is **DENIED**; and

(4)     This case is closed.

Dated this 30th day of November, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER